AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

NOV 11 2016

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TAIT, ALFREDO | ) | Case No. M-16-3000-M |
| YOB 1966 | ) | |
| USA | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  11/10/2016  in the county of  HIDALGO  in the  SOUTHERN  District of  TEXAS , the defendant violated  Title 21  U. S. C. §  841 (a) 1, 846 , an offense described as follows:

Knowingly and intentionally posses with intent to distribute more than 5 kilograms of cocaine, a Schedule 1 controlled substance. Conspiracy to posses with intent to distribute a controlled substance.

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

Approved by

*Complainant's signature*

Noe Flores Special Agent/Texas DPS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 11, 2016 4:07pm

*Judge's signature*

City and state: McAllen, Texas

Peter E Ormsby
*Printed name and title*
U.S. Magistrate Judge

## ATTACHMENT A

On November 10, 2016, a Texas Department of Public Safety Highway Patrol Trooper A. Benavides conducted record checks on a red Volvo tractor trailer ("the Vehicle") traveling on Highway 281 near San Manuel, Texas and determined that the vehicle was displaying license plates issued to another vehicle. After also observing the Vehicle fail to maintain a single lane, Trooper Benavides conducted a traffic stop on the Vehicle for Displaying Fictitious License Plate and Failure to Maintain a Single Lane. Trooper Benavides made contact with the driver who was identified as ALFREDO TAIT and noticed that he was nervous. When asked about his travel itinerary, TAIT also provided untruthful responses to Trooper Benavides. TAIT subsequently admitted that he was lying about his travel itinerary and later stated that he drove the Vehicle down specifically for hauling a load of drugs.

DPS Criminal Investigations Division (DPS-CID) Agents, who had arrived at the scene of the traffic stop, subsequently asked TAIT if he would drive the Vehicle to the Pharr Port of Entry ("POE") for an X-ray of the Vehicle. TAIT consented and followed Agents to the POE. After arriving at the POE, a Border Patrol K-9 conducting a free air non-intrusive search of the Vehicle gave a positive alert to the presence of illegal narcotics. A subsequent X-Ray scan revealed an anomaly within the sleeper compartment. A search of the sleeper compartment revealed nineteen (19) bundles in two mattresses. In a post-Miranda statement, TAIT admitted to being told that he would be transporting twenty bundles of cocaine and informed Agents of the location of the last bundle, which was found concealed in an air condition vent. Inspection of the bundles revealed a white powdery substance consistent with cocaine. The twenty bundles that were located within the Vehicle had an approximate weight of twenty (20) kilograms.